UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| LEONARD HAIRSTON, ) | 2:09-CV-00808-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CLARK COUNTY SHERIFF, et al., ) | |
| Defendant. ) | |

The Court having read and considered Plaintiff Hairston's Motion for Relief of Judgment Based Upon Fraud Upon the Court (Doc. #29) filed February 8, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Leonard Hairston's Motion for Relief of Judgment Based Upon Fraud Upon the Court (Doc. #29) is **DENIED**.

DATED: March 4, 2011.

_____
PHILIP M. PRO
United States District Judge